**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br>Plaintiffs,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | CA No. 1:11-cv-01803 (ABJ) |
| ANDREW MACKMIN, *et al.*,<br>Plaintiffs,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | CA No. 1:11-cv-01831 (ABJ) |
| MARY STOUMBOS,<br>Plaintiff,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | CA No. 1:11-cv-01882 (ABJ) |

**ORDER**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that defendants' motion to dismiss, *National ATM Council, Inc. v. Visa, Inc.* [Dkt. # 24], *Mackmin v. Visa, Inc.* [Dkt. ## 39, 40], *Stoumbos v.*

*Visa, Inc*. [Dkt. # 17], are GRANTED for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). The above-captioned cases are DISMISSED without prejudice.

AMY BERMAN JACKSON
United States District Judge

DATE: February 13, 2013