**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL ATM COUNCIL, INC., *et al.*,

Plaintiffs,

v.

VISA INC., *et al.*,

Defendants.

CA No. 1:11-cv-01803 (ABJ)

ANDREW MACKMIN, *et al.*,

Plaintiffs,

v.

VISA INC., *et al.*,

Defendants.

CA No. 1:11-cv-01831 (ABJ)

MARY STOUMBOS,

Plaintiff,

v.

VISA INC., *et al.*,

Defendants.

CA No. 1:11-cv-01882 (ABJ)

**ORDER**

Pursuant to Federal Rule of Civil Procedure 58, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that plaintiffs' motions for leave to file second amended complaints, *National ATM Council, Inc. v. Visa, Inc.* [Dkt. # 39], *Mackmin v. Visa, Inc.* [Dkt. # 65], and *Stoumbos v. Visa, Inc.* [Dkt. # 32] are **DENIED**, and that

plaintiffs' motions to alter the Court's February 13, 2013 judgment, *National ATM Council, Inc. v. Visa, Inc.* [Dkt. # 36], *Mackmin v. Visa, Inc.* [Dkt. # 59], *Stoumbos v. Visa, Inc.* [Dkt. # 29], are **DENIED** as moot. This is a final, appealable order.

Amy B Jackson

AMY BERMAN JACKSON
United States District Judge

DATE: December 19, 2013