# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL ATM COUNCIL, INC.<br>    9802-12 Baymeadows Road, No. 196<br>    Jacksonville, FL 32256,<br><br>On behalf of itself and its membership,<br>And,<br><br>ATMs OF THE SOUTH, INC.<br>    3613 North Arnoult Rd.<br>    Metairie, LA 70002,<br><br>BUSINESS RESOURCE GROUP, INC.<br>    14825 Spring Hill Drive<br>    Frenchtown, MT  59834,<br><br>CABE & CATO, INC.<br>    8601 Dunwoody Place, Ste. 106<br>    Atlanta, GA 30350,<br><br>JUST ATMS, INC.<br>    125 Ryan Industrial Ct., Ste. 101<br>    San Ramon, CA 94583,<br><br>WASH WATER SOLUTIONS, INC.<br>    231 Fairfield Drive<br>    Brewster, NY  10509,<br><br>ATM BANKCARD SERVICES, INC.<br>    31 Elmwood Loop<br>    Madisonville, LA  70447,<br><br>MEINERS DEVELOPMENT COMPANY OF LEE'S SUMMIT, MISSOURI, LLC<br>    520 West 123rd Street<br>    Kansas City, MO  64145,<br><br>MILLS-TEL, CORP. d/b/a First American ATM<br>    1800 West Broward Blvd.<br>    Ft. Lauderdale, FL 33312,<br><br>SELMAN TELECOMMUNICATIONS INVESTMENT GROUP, LLC | Civil Action No. 1:11-cv-01803<br>Assigned To:  Jackson, Amy Berman<br>Assign Date:  10/12/2011<br>Description:  Antitrust<br><br><br><br>**NOTICE OF APPEAL**<br><br>(caption continues on next page) |

- 1 -

NOTICE OF APPEAL

   5717 Clarendon Drive
   Piano, TX 75093,

SCOT GARDNER d/b/a SJI
   2497 Horsham Drive
   Germantown, TN 38139,

TURNKEY ATM SOLUTIONS, LLC
   8601 Dunwoody Place, Ste. 106
   Atlanta, GA 30350,

TRINITY HOLDINGS LTD, INC.
   17369 Shirley Avenue
   Port Charlotte, FL 33948,

T & T COMMUNICATIONS, INC. and
RANDAL N. BRO d/b/a T & B Investments
   405 Witt Road
   Center Point, TX 78010,

   *v.*

VISA INC., VISA U.S.A. INC., VISA
INTERNATIONAL SERVICE
ASSOCIATION, and PLUS SYSTEM, INC.,
   595 Market Street
   San Francisco, CA 94105-2802,

and

MASTERCARD INCORPORATED and
MASTERCARD INTERNATIONAL
INCORPORATED d/b/a MasterCard
Worldwide
   2000 Purchase Street
   Purchase, NY 10577,

   Defendants.

  Notice is hereby given this 10th day of January, 2014, that Plaintiffs, THE NATIONAL ATM

COUNCIL, INC., ATMs OF THE SOUTH, INC., BUSINESS RESOURCE GROUP, INC.,

CABE & CATO, INC., JUST ATMS, INC., WASH WATER SOLUTIONS, INC., ATM

NOTICE OF APPEAL

BANKCARD SERVICES, INC., MEINERS DEVELOPMENT COMPANY OF LEE'S SUMMIT, MISSOURI, LLC, MILLS-TEL, CORP. d/b/a First American ATM, SELMAN TELECOMMUNICATIONS INVESTMENT GROUP, LLC, SCOT GARDNER d/b/a SJI, TURNKEY ATM SOLUTIONS, LLC, TRINITY HOLDINGS LTD, INC., T & T COMMUNICATIONS, INC. and RANDAL N. BRO d/b/a T & B Investments, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order [Dkt. No. 33] and Memorandum Opinion [Dkt. No. 34] of this Court entered February 13, 2013 and the Order [Dkt. No. 45] and Memorandum Opinion [Dkt. No. 46] of this Court entered on the December 19, 2013, in favor of Defendants against said Plaintiffs.

Dated:   January 10, 2014          Respectfully submitted,

**RUBIN PLLC**

By: /s Jonathan Rubin

Jonathan L. Rubin (D.C. Bar #353391)
1250 24th Street, N.W., Ste. 300
Washington, D.C. 20037
Tel: (202) 776-7763
Fax: (877) 247-8586
jr@rubinpllc.com

*Consulting counsel*:
Don A. Resnikoff, Esq. (D.C. Bar# 386688)

Brooks E. Harlow, Esq. (*pro hac vice*)
David A. LaFuria, Esq. (D.C. Bar #417079)
Lukas, Nace, Gutierrez & Sachs, LLP
8300 Greensboro Drive, Suite 1200
McLean, VA  22101
Tel: (703) 584-8678 bharlow@fcclaw.com
 dlafuria@fcclaw.com

*Counsel for Plaintiffs NAC, et al. and the Proposed Class*

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 10, 2014, I caused the foregoing Notice of Appeal to be filed using the Court's CM/ECF system, which will send e-mail notification of such filing to counsel of record.

                                                /s/ Jonathan L. Rubin
                                                 Jonathan L.Rubin