# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 14-7004**

**September Term, 2014**
FILED ON: AUGUST 4, 2015

SAM OSBORN, ET AL.,
APPELLANTS

v.

VISA INC., ET AL.,
APPELLEES

10 22 2015

Consolidated with 14-7005, 14-7006

Appeals from the United States District Court
for the District of Columbia
(No. 1:11-cv-01831)
(No. 1:11-cv-01882)
(No. 1:11-cv-01803)

Before: TATEL, SRINIVASAN and WILKINS, *Circuit Judges*

**JUDGMENT**

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's December 19 order denying Plaintiffs' motion to amend the judgment appealed from in these causes be vacated and the cases be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Ken Meadows
Deputy Clerk

Date: August 4, 2015

Opinion for the court filed by Circuit Judge Wilkins.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: Deputy Clerk