**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., et al.,<br><br>Defendants. | No. 1:11-cv-01803 (RJL)<br><br>Electronically Filed |

**VISA AND MASTERCARD'S MOTION TO STRIKE INDEPENDENT ATM
OPERATOR PLAINTIFFS' SUPPLEMENTAL DECLARATION
AND POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

Defendants hereby move to strike the Reply Declaration of Michael R. Kohner ("Kohner Declaration"), Dkt. No. 100-1, which Independent ATM Operator Plaintiffs submitted with their reply brief in support of their application for a preliminary injunction.

Local Civil Rule 65.1(c) provides that an application for a preliminary injunction "shall be supported by all affidavits on which the plaintiff intends to rely. . . . Supplemental affidavits either to the application or the opposition may be filed only with permission of the Court." LCvR 65.1(c). Courts within this District, including this Court, regularly strike affidavits for failure to comply with this rule. *Econ. Research Servs., Inc. v. Resolution Econ., LLC*, 140 F. Supp. 3d 47, 49 n.2 (D.D.C. 2015) (Leon, J.); *see also, e.g.*, *John Doe Co. v. CFPB*, No. 17-00049 (RC), slip op. at 8 n.4 (D.D.C. Feb. 17, 2017); *Elk Assocs. Funding Corp. v. U.S. Small Bus. Admin.*, 858 F. Supp. 2d 1, 26 (D.D.C. 2012).

In violation of Local Civil Rule 65.1(c), Independent ATM Operator Plaintiffs did not seek leave of the Court before filing the Kohner Declaration.  That declaration should therefore be stricken.  A proposed order is attached.

| | |
|---|---|
| April 6, 2017 | Respectfully submitted, |
| | |
|  /s/ Kenneth A. Gallo |  /s/ Mark R. Merley |
| Kenneth A. Gallo (D.C. Bar No. 371253) | Mark R. Merley (D.C. Bar No. 375866) |
| Justin Anderson (D.C. Bar No. 1030572) | Matthew A. Eisenstein (D.C. Bar No. 476577) |
| Michelle S. Kallen (D.C. Bar No. 1030497) | |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| 2001 K Street, NW | 601 Massachusetts Ave., NW |
| Washington, DC   20006 | Washington, DC   20001 |
| Telephone:  (202) 223-7400 | Telephone:  (202) 942-5000 |
| Facsimile:   (202) 223-7420 | Facsimile:   (202) 942-5999 |
| | |
| Gary R. Carney (*pro hac vice*) | *Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.* |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | |
| 1285 Avenue of the Americas | |
| New York, NY   10019-6064 | |
| Telephone:  (212) 373-3000 | |
| Facsimile:   (212) 757-3990 | |

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

3

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 6, 2017, I caused the foregoing Visa and Mastercard's Motion to Strike Independent ATM Operator Plaintiffs' Supplemental Declaration and Points and Authorities in Support of Motion to be filed using the Court's CM/ECF system, which will send e-mail notification of that filing to counsel of record.

    /s/ Mark R. Merley
Mark R. Merley
ARNOLD & PORTER
   KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC   20001
Telephone:  (202) 942-5000
Facsimile:   (202) 942-5999