**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>        *Plaintiff*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>        *Defendants*. | Civil Action No. 1:11-Cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description:  Antitrust – Class Action |
| ANDREW MACKMIN, *et al.*,<br><br>        *Plaintiffs*,<br>*v.*<br><br>VISA INC., *et al.*,<br><br>        *Defendants*. | Civil Action No. 1:11-Cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description:  Antitrust – Class Action |
| MARY STOUMBOS,<br><br>        *Plaintiff*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>        *Defendants*. | Civil Action No. 1:11-Cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description:  Antitrust – Class Action |

**JOINT NOTICE OF FILING OF
PROPOSED AMENDED SCHEDULING ORDER**

As discussed at the September 28, 2018 discovery management conference in these cases,

the parties respectfully submit the stipulated Proposed Amended Scheduling Order at Exhibit A.

The proposed amendments would:  (1) extend the deadline for plaintiffs to move for class certification, which would extend the other case deadlines by the same amount of time, as shown in paragraphs 2 and 3; and (2) require the parties to meet and confer regarding any limits to be imposed on the number of depositions to be taken of plaintiffs as shown in paragraph 6.

The ATM Operators reserve the right to request additional dates and/or extensions.  For example, the ATM Operators believe that certain key milestones such as class notice are overlooked in this schedule.  The ATM Operators also believe certain time periods proscribed may be unreasonable or insufficient based on past experience with class certification.  The ATM Operators raised these issues with Defendants prior to filing but could not resolve them due to Defendants' position that the Court instructed the parties only to extend the existing dates in lockstep with the new deadline for class certification motions.  The ATM Operators disagree with this characterization of the Court's instruction to the parties but will join this schedule as an interim predecessor to a more fulsome and realistic schedule.

Dated:  October 25, 2018

By:  _/s/ Douglas G. Thompson_

     Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
Michael G. McLellan (D.C. Bar # 489217)
mmclellan@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue NW, Suite 395
Washington, D.C. 20016
Telephone: 202-337-8000
Facsimile: 202-337-8090

Christopher Lovell
clovell@lshllp.com
Gary S. Jacobson
gsjacobson@lshllp.com
Merrick Scott Rayle
mrayle@lshllp.com
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

*Interim Class Counsel for the Independent*
*ATM Consumers*

Dated:  October 25, 2018

By:  _/s/ Steve W. Berman_
    Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Jennifer Fountain Connolly
(D.C. Bar No. 1019148)
HAGENS BERMAN SOBOL SHAPIRO LLP
1701 Pennsylvania Ave. NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 248-5403
jenniferc@hbsslaw.com

Stephen R. Neuwirth (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
stephenneuwirth@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
Viola Trebicka (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
adamwolfson@quinnemanuel.com
violatrebicka@quinnemanuel.com

Craig L. Briskin
(D.C. Bar No. 980841)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Cbriskin@findjustice.com

*Interim Co-Lead Counsel for Direct Purchaser
Consumer Plaintiffs*

Dated:  October 25, 2018

By:  _/s/ Jonathan L. Rubin_
    Jonathan L. Rubin (D.C. Bar No. 353391)
MOGINRUBIN LLP
1615 M Street, NW, Third Floor
Washington, D.C. 20036
Tel: (202) 630-0616
Fax: (877) 247-8586
jrubin@moginrubin.com

Daniel J. Mogin (*pro hac vice*)
Jodie M. Williams (*pro hac vice*)
Jennifer M. Oliver (*pro hac vice*)
MOGINRUBIN LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginrubin.com
jwilliams@moginrubin.com
joliver@moginrubin.com

*Counsel for Plaintiffs the National ATM
Council, Inc.; ATMs of the South, Inc.;
Business Resource Group, Inc.;
Just ATMs USA, Inc.; Wash Water Solutions,
Inc.; ATM Bankcard Services, Inc.; Selman
Telecommunications Investment Group, LLC; Scot
Garner d/b/a SJI; Turnkey ATM Solutions, LLC;
Trinity Holdings Ltd, Inc.; and T&T
Communications, Inc. and Randal N. Bro d/b/a
T & B Investments*

Dated:  October 25, 2018

By:  _/s/ Mark R. Merley_
Mark R. Merley (D.C. Bar No. 375866)
Matthew A. Eisenstein (D.C. Bar No. 476577)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Fax: (202) 942-5999
mark.merley@arnoldporter.com
matt.eisenstein@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

Dated:  October 25, 2018

By:  _/s/ Kenneth A. Gallo_
Kenneth A. Gallo (D.C. Bar No. 371253)
Justin Anderson (D.C. Bar No. 1030572)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 223-7300
Fax: (202) 223-7420
kgallo@paulweiss.com

Gary R. Carney (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
gcarney@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

Dated:  October 25, 2018

By:  _/s/ Michael B. Miller_
     Michael B. Miller (D.C. Bar No. NY0140)
Mark P. Ladner (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Tel.: (212) 468-8000
Fax: (212) 468-7900
mladner@mofo.com
mbmiller@mofo.com

*Counsel for Defendants Bank of America,*
*National Association; NB Holdings*
*Corporation; and Bank of America*
*Corporation*

Dated:  October 25, 2018

By:  _/s/ Peter E. Greene_
     Peter E. Greene (D.C. Bar No. 305607)
Boris Bershteyn (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
4 Times Square
New York, NY 10036
Tel.: (212) 735-3620
Fax: (917) 777-3620
peter.greene@skadden.com

*Counsel for Defendants Chase Bank USA,*
*N.A.; JPMorgan Chase & Co.; and JPMorgan*
*Chase Bank, N.A.*

Dated:  October 25, 2018

By: _/s/ William F. Cavanaugh, Jr._
    William F. Cavanaugh, Jr. (*pro hac vice*)
Daniel S. Ruzumna (D.C. Bar No. 450040)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel.: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pwbt.com
druzumna@pbwt.com

*Counsel for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*