IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL ATM COUNCIL, INC.; ATMs OF THE SOUTH, INC.; BUSINESS RESOURCE GROUP, INC.; CABE & CATO, INC.; JUST ATMS, INC.; WASH WATER SOLUTIONS, INC.; ATM BANKCARD SERVICES, INC.; MEINERS DEVELOPMENT COMPANY OF LEE'S SUMMIT, MISSOURI, LLC; MILLS-TEL, CORP. d/b/a FIRST AMERICAN ATM; SELMAN TELECOMMUNICATIONS INVESTMENT GROUP, LLC; SCOT GARDNER d/b/a SJI; TURNKEY ATM SOLUTIONS, LLC; TRINITY HOLDINGS LTD, INC.; and T&T COMMUNICATIONS, INC. and RANDAL N. BRO d/b/a T& B INVESTMENTS, | No. 1:11-cv-01803-RJL |
| Plaintiffs, | |
| v. | |
| VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby enters an appearance as counsel of record for Mastercard Incorporated and Mastercard International Incorporated in the above-captioned action.

Dated: February 5, 2019
    Washington, D.C().

Respectfully submitted,

/s/ Mitchell D. Webber
Mitchell D. Webber
D.C. Bar No. 1024005
PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel.: (202) 223-7300
Fax: (202) 223-7420
mwebber@paulweiss.com

*Attorney for Defendants Mastercard Incorporated and Mastercard International Incorporated*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 5, 2019, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Mitchell D. Webber
Mitchell D. Webber