FILED
MAR 2 0 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br>*Plaintiffs*,<br>*v.*<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-Cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| ANDREW MACKMIN, *et al.*,<br>*Plaintiffs*,<br>*v.*<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-Cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE,<br>*Plaintiff*,<br>*v.*<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-Cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**JOINT STIPULATION AND ORDER**
**TEMPORARILY ADJOURNING ALL CLASS CERTIFICATION DEADLINES**

WHEREAS, plaintiffs in the above-captioned actions (collectively, "Plaintiffs") filed their respective motions for class certification on September 20, 2019;

WHEREAS, defendants Visa, Inc., Visa U.S.A. Inc., Visa International Service Association, Plus System, Inc., Mastercard Incorporated, and Mastercard International

Incorporated (collectively, "Defendants") filed their opposition to Plaintiffs' motions for class certification and opposition expert reports on February 18, 2020;

WHEREAS, Plaintiffs' current deadline for reply briefs and rebuttal export reports is April 20, 2020 (as set forth in the Court's September 5, 2019 Amended Scheduling Order, as modified by the Court's October 7, 2019, and January 5, 2020 minute orders);

WHEREAS, due to expert and attorney availability, defendants' class certification-related experts were scheduled to be deposed in the final weeks of March and early weeks of April;

WHEREAS, due to the recent COVID-19 pandemic, the government and numerous federal and state agencies have, for individual and community health reasons, strongly dissuaded travel and any sort of group meetings over the next several weeks;

WHEREAS, counsel for Plaintiffs and Defendants met and conferred and agreed it is in counsel's, their experts', and the public's best interests to abide by the recommendations of the government and federal and state agencies against travel and group meetings, such as depositions, at this time;

IT IS HEREBY STIPULATED AND AGREED, by and through counsel for Plaintiffs and Defendants, that (1) all class certification-related deadlines in the action (as set forth in the Court's September 5, 2019 Amended Scheduling Order, as modified by the Court's October 7, 2019, and January 5, 2020 minute orders) should be temporarily adjourned, and (2) Plaintiffs and Defendants will update the Court via a status report within thirty (30) days of its Order regarding their views on when and how to reinstate a revised class certification schedule, or, alternatively, whether to continue to review the news and provide the Court with another status report at a later date.

Dated: March 17, 2020

By: */s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
steve@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel.: (510) 725-3034
benh@hbsslaw.com
bens@hbsslaw.com

Stephen R. Neuwirth (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
stephenneuwirth@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000
adamwolfson@quinnemanuel.com

Steve A. Skalet
(D.C. Bar No. 359804)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Tel.: (202) 822-5100
sskalet@findjustice.com

*Interim Co-Lead Counsel for Direct Purchaser Consumer Plaintiffs*

Dated: March 17, 2020

By: */s/ Douglas G. Thompson*
Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue NW, Suite 395
Washington, D.C. 20016
Telephone: 202-337-8000
Facsimile: 202-337-8090

Christopher Lovell
clovell@lshllp.com
Gary S. Jacobson
gsjacobson@lshllp.com
Merrick Scott Rayle
mrayle@lshllp.com
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

*Interim Class Counsel for the Independent ATM Consumers*

Dated: March 17, 2020

By: /s/ Jonathan L. Rubin
Jonathan L. Rubin (D.C. Bar No. 353391)
MOGINRUBIN LLP
1615 M Street, NW, Third Floor
Washington, D.C. 20036
Tel: (202) 630-0616
Fax: (877) 247-8586
jrubin@moginrubin.com

Daniel J. Mogin (*pro hac vice*)
Jodie M. Williams (*pro hac vice*)
Jennifer M. Oliver (*pro hac vice*)
MOGINRUBIN LLP
600 W. Broadway, Suite 33000
San Diego, CA 92101
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginrubin.com
jwilliams@moginrubin.com
joliver@moginrubin.com

*Counsel for Plaintiffs the National ATM Council, Inc.; ATMs of the South, Inc.; Business Resource Group, Inc.; Just ATMs USA, Inc.; Wash Water Solutions, Inc.; ATM Bankcard Services, Inc.; Selman Telecommunications Investment Group, LLC; Scot Gardner d/b/a SJI; Turnkey ATM Solutions, LLC; Trinity Holdings Ltd, Inc.; and T&T Communications, Inc. and Randal N. Bro d/b/a T & B Investments*

Dated: March 17, 2020

By: */s/ Mark R. Merley*
Mark R. Merley (D.C. Bar No. 375866)
Matthew A. Eisenstein (D.C. Bar No. 476577)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Fax: (202) 942-5999
mark.merley@apks.com
matt.eisenstein@apks.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

Dated: March 17, 2020

By: */s/ Kenneth A. Gallo*
Kenneth A. Gallo (D.C. Bar No. 371253)
Justin Anderson (D.C. Bar No. 1030572)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 223-7300
Fax: (202) 223-7420
kgallo@paulweiss.com

Gary R. Carney (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
gcarney@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**ORDER**

**IT IS HEREBY ORDERED THAT**, for the above-stated reasons, the Court hereby adjourns all class certification-related deadlines in the action (as set forth in the Court's September 5, 2019 Amended Scheduling Order, as modified by the Court's October 7, 2019, and January 5, 2020 minute orders).

Plaintiffs and Defendants shall update the Court via a status report within thirty (30) days of this Order regarding their views on when and how to reinstate a revised class certification schedule, or, alternatively, whether to continue to review the news and provide the Court with another status report at a later date.

Dated: 3/19, 2020.

Hon. Richard J. Leon
UNITED STATES DISTRICT JUDGE