# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 21-8005** **September Term, 2021**

**1:11-cv-01803-RJL**
**1:11-cv-01831-RJL**
**1:11-cv-01882-RJL**

**Filed On: October 1, 2021**

In re: Visa Inc., et al.,

Petitioners

------------------------------

Consolidated with 21-8009

**BEFORE:** Rogers, Millett, and Katsas, Circuit Judges

**O R D E R**

Upon consideration of the petition for permission to file an interlocutory appeal pursuant to Federal Rule of Civil Procedure 23(f), the responses thereto, and the reply, and the protective petition, it is

**ORDERED** that petitioners be permitted to file an appeal of the district court's class certification orders in these cases. Petitioners have shown that the district court's class certification decision was, at least, "questionable" and is accompanied by a potential "death-knell." See In re Rail Freight Fuel Surcharge Antitrust Litig., 725 F.3d 244, 250 (D.C. Cir. 2013). Permission to appeal is without prejudice to reconsideration by the merits panel.

The Clerk is directed to transmit a certified copy of this order to the district court. In each of the three underlying cases, the district court will file the order as a notice of appeal pursuant to Fed. R. App. P. 5 and collect the mandatory filing and docketing fees from appellants. Upon payment of the fees in each case, the district court is to certify and transmit the preliminary records to this court, after which the cases will be assigned general docket numbers and will proceed in the normal course.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Manuel J. Castro
Deputy Clerk