# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., et al.,<br><br>    *Plaintiff,*<br><br>v.<br><br>VISA INC., et al.,<br><br>    *Defendants.* | Civil Action No. 1:11-cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| ANDREW MACKMIN, *et al.*,<br><br>    *Plaintiffs*,<br>v.<br><br>VISA INC., *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:11-cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE,<br><br>    *Plaintiff,*<br><br>v.<br><br>VISA INC., et al.,<br><br>    *Defendants.* | Civil Action No. 1:11-cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

## JOINT STATUS REPORT

The Parties in these coordinated matters respectfully submit this Joint Status Report concerning the case schedule on remand from the D.C. Circuit Court of Appeals.

By judgment dated July 25, 2023, the D.C. Circuit affirmed this Court's grant of class certification in the above-captioned matters and the mandate issued on October 6, 2024. *See* ECF No. 212. The Parties are conferring on a case schedule for further proceedings and

anticipate submitting a proposal (or competing proposals) by November 17, 2023.  The Parties accordingly withdraw their prior scheduling proposals, submitted in 2021 (ECF No. 196), and respectfully request that the Court take no action on those proposals at this time.

DATED: November 7, 2023.                    Respectfully submitted,

By:     /s/ Steve W. Berman
    Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3034
benh@hbsslaw.com
bens@hbsslaw.com

Adam B. Wolfson (*pro hac vice*)
Viola Trebicka (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
adamwolfson@quinnemanuel.com
violatrebicka@quinnemanuel.com

Steven A. Skalet
(D.C. Bar No. 359804)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
sskalet@findjustice.com

*Counsel for Plaintiffs Mackmin Consumer Class*

DATED: November 7, 2023.                By: /s/ Douglas G. Thompson Jr.
    Douglas G. Thompson Jr
FINKELSTEIN THOMPSON LLP
2201 Wisconsin Ave, N.W.
Washington, DC 20001
Phone: (202) 337-8000
Email: dthompson@finkelsteinthompson.com

Christopher Lovell
Merrick Scott Rayle
LOVELL STEWART HALEBIAN
JACOBSON LLP
500 Fifth Ave, Suite 2440
New York, NY 10110
Phone: (212) 608-1900
CLovell@lshllp.com

*Counsel for Plaintiffs Burke Consumer Class*

DATED: November 7, 2023.                By: /s/ Jonathan L. Rubin
    Jonathan L. Rubin (D.C. Bar No. 353391)
MOGINRUBIN LLP
2101 L Street, N.W.
Suite 300
Washington, D.C. 20037
Tel: (202) 630-0616
Fax: (877) 247-8586
jrubin@moginrubin.com

Daniel J. Mogin (*pro hac vice*)
MOGINRUBIN LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginrubin.com

*Counsel for Plaintiffs ATM Operator Class*

- 2 -

| | |
|---|---|
| DATED: November 7, 2023. | By:  /s/ Matthew A. Eisenstein  <br>Matthew A. Eisenstein (D.C. Bar No. 476577)<br>Rosemary Szanyi (D.C. Bar No. 997859)<br>ARNOLD & PORTER<br>KAYE SCHOLER LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001-3743<br>Tel.: (202) 942-5000<br>Fax: (202) 942-5999<br>matt.eisenstein@arnoldporter.com<br>rosemary.szanyi@arnoldporter.com<br><br>*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.* |
| DATED: November 7, 2023. | By:  /s/ Kenneth A. Gallo  <br>Kenneth A. Gallo (D.C. Bar No. 371253)<br>Mitchell D. Webber (D.C. Bar No. 486269)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>Tel: (202) 223-7300<br>Fax: (202) 223-7420<br>kgallo@paulweiss.com<br><br>*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated* |