## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>  *Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>  *Defendants*. | Civil Action No. 1:11-Cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE, *et al.*,<br><br>  *Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>  *Defendants*. | Civil Action No. 1:11-Cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

### AGREED MOTION FOR EXTENSION OF CASE SCHEDULE

The parties, The National ATM Council, Inc., *et al.*, and Peter Burke, *et al.* (collectively "Plaintiffs") and Defendants[1] in the above-captioned cases, jointly move for an Order extending the case schedule currently set forth in the Amended Scheduling Order (*Nat'l ATM Council* Dkt. # 230, *Burke* Dkt. # 185).

### GOOD CAUSE

The parties have met and conferred and agree that good cause exists for a 60-day extension of each of the deadlines in the current schedule, as set forth below. Currently, the next

---

[1] "Defendants" are Visa Inc., Visa U.S.A. Inc., Visa International Service Association, Plus System Inc., Mastercard Incorporated, and Mastercard International Incorporated.

upcoming deadline is for the submission of plaintiffs' rebuttal expert reports on February 17, 2025. On September 20, 2024, each of the Plaintiffs in the two cases submitted a merits expert report. On December 19, 2024, the Defendants submitted a total of six expert reports (including additional empirical data and analysis), each of which is addressed to the two expert reports submitted by Plaintiffs. The parties have also met and conferred regarding settlement discussions. A 60-day extension of the current case schedule will allow the parties sufficient time to pursue those discussions while the Plaintiffs prepare their rebuttal expert reports.

Under the parties' proposed extension, the revised case schedule will be:

1. **Plaintiffs' rebuttal expert reports:** April 18, 2025;

2. **Expert discovery closes:** June 17, 2025 (experts may be deposed only once; depositions may be scheduled any time after submission of their report(s));

3. **MSJ/*Daubert* opening brief deadline:** The later of 45 days after (a) the close of expert discovery or (b) the close of the opt-out period in the case in which the motion(s) will be filed;

4. **MSJ/*Daubert* opposition brief deadline:** 45 days after service of opening briefs;

5. **MSJ/*Daubert* reply brief deadline:** 30 days after service of opposition briefs;

6. **Pretrial statements:** 35 days after resolution of all summary judgment and *Daubert* motions applicable to the case in which the pretrial statement is to be filed;

7. **Pretrial conference:** 14 days after pretrial statement deadline.

BASED ON THE FOREGOING, the parties jointly request an Order extending the present case schedule for 60-days as set forth above.

Respectfully submitted,

Dated: January 14, 2025

By: */s/ Jonathan L. Rubin*
Jonathan L. Rubin (D.C. Bar No. 353391)
MOGINRUBIN LLP
2101 L Street, N.W.
Suite 300
Washington, D.C. 20037
Tel: (202) 630-0616
Fax: (877) 247-8586
jrubin@moginrubin.com

Daniel J. Mogin (*pro hac vice*)
MOGINRUBIN LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginrubin.com

*Counsel for Plaintiffs the National ATM Council, Inc.; ATMs of the South, Inc.; Business Resource Group, Inc.; Just ATMs USA, Inc.; Wash Water Solutions, Inc.; ATM Bankcard Services, Inc.; Selman Telecommunications Investment Group, LLC; Turnkey ATM Solutions, LLC; and Trinity Holdings Ltd, Inc.; 901 Financial Services LLC*

Dated: January 14, 2025

By: */s/ Douglas G. Thompson*
Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
2201 Wisconsin Ave, N.W.
Washington, D.C. 20001
Telephone: 202-337-8000
Facsimile: 202-337-8090

Christopher Lovell
clovell@lshllp.com
Merrick Scott Rayle
mrayle@lshllp.com

3

                                          LOVELL STEWART HALEBIAN
                                        JACOBSON LLP
                                        500 Fifth Ave, Suite 2440
                                        New York, NY 10110
                                        Telephone: (212) 608-1900
                                        Facsimile: (212) 719-4677

                                        *Counsel for Burke Consumer Class*

Dated:  January 14, 2025

                                        By:  */s/ Kenneth A. Gallo*
                                        Kenneth A. Gallo (D.C. Bar No. 371253)
                                        kgallo@paulweiss.com
                                        PAUL, WEISS, RIFKIND, WHARTON &
                                        GARRISON LLP
                                        2001 K Street, NW
                                        Washington, DC 20006-1047
                                        Tel. (202) 223-7300
                                        Fax. (202) 223-7420

                                        *Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

Dated:  January 14, 2025

                                        By:  */s/ Matthew A. Eisenstein*
                                        Matthew A. Eisenstein (D.C. Bar No. 476577)
                                        matthew.eisenstein@arnoldporter.com
                                        Rosemary Szanyi (D.C. Bar No. 997859)
                                        rosemary.szanyi@arnoldporter.com
                                        ARNOLD & PORTER KAYE SCHOLER LLP
                                        601 Massachusetts Avenue, NW
                                        Washington, DC 20001-3743
                                        Tel. (202) 942-5000
                                        Fax. (202) 942-5999

                                        *Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*