# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br>　　　　v.<br>VISA INC., *et al.*,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 1:11-Cv-1803-RJL-MAU<br><br>Electronically Filed |

## **NOTICE OF CHANGE OF ATTORNEY'S FIRM AFFILIATION AND ADDRESS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective March 20, 2025, attorney Jonathan L. Rubin is affiliated with the law firm of Shinder Cantor Lerner LLP at the following address:

> 600 14th St NW, 5th Floor
> Washington, DC 20005
> Tel.   (646) 960-8601
> Fax. (646) 960-8625
> Email: jrubin@scl-llp.com

The attorney will continue to represent the party plaintiffs in this case, the National ATM Council, Inc.; ATMs of the South, Inc.; Business Resource Group, Inc.; Just ATMs USA, Inc.; Wash Water Solutions, Inc.; ATM Bankcard Services, Inc.; Selman Telecommunications Investment Group, LLC; Turnkey ATM Solutions, LLC; Trinity Holdings Ltd, Inc.; and 901 Financial Services LLC, and as Class Co-Counsel for the ATM Operator Class.

Dated: March 21, 2025

*/s/ Jonathan Rubin*
Jonathan L. Rubin (D.C. Bar No. 353391)
**SHINDER CANTOR LERNER LLP**
600 14th St NW, 5th Floor
Washington, D.C. 20005
Tel: (646) 960-8601
jrubin@scl-llp.com

*Counsel for Plaintiffs, the National ATM Council, Inc.; ATMs of the South, Inc.; Business Resource Group, Inc.; Just ATMs USA, Inc.; Wash Water Solutions, Inc.; ATM Bankcard Services, Inc.; Selman Telecommunications Investment Group, LLC; Turnkey ATM Solutions, LLC; Trinity Holdings Ltd, Inc.; and 901 Financial Services LLC and the ATM Operator Class.*